# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2657
LT Case No. 2021-305522-CFDB

_____

JOSEPH WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Volusia County.
Elizabeth A. Blackburn, Judge.

Loris D. Loftis, Regional Counsel and Michael C. Nappi,
Assistant Regional Counsel, of Office of Criminal Conflict and
Civil Regional Counsel, Casselberry, for Appellant.

Joseph Williams, Cross City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

June 18, 2024


PER CURIAM.

AFFIRMED.

WALLIS, MAKAR, and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————